UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



| | | |
|---|---|---|
| ANTONIO TYSON | * | CIVIL ACTION |
| VERSUS | * | NO. 10-0335 |
| ROBERT C. TANNER, WARDEN | * | SECTION "F"(6) |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore, IT IS ORDERED that petitioner's federal application be DISMISSED WITH PREJUDICE AS UNTIMELY.

New Orleans, Louisiana, this 8th day of Sept., 2010.

_____
UNITED STATES DISTRICT JUDGE